UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___7/1/2026___
```

---

COMPLETE MEDICAL CARE SERVICES
OF NY, PC, et al.,

                              Plaintiffs,

        -against-


TACCI, et al.,

                              Defendants.

**25-CV-8055 (CM)(KHP)**

**POST CONFERENCE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 1, 2026, the parties appeared before the undersigned for a Case Management Conference.  As discussed at the conference and set forth below:

The parties are directed to meet and confer to discuss the discovery disputes raised at the Conference.  Specifically, with respect to the subset of requests that Plaintiffs contend require narrowing, Plaintiffs shall, by **July 10, 2026**, identify with specificity the documents or categories of documents they are willing to produce in response to each request.  Plaintiffs shall also state, with specificity, what they will not produce and the basis for any refusal to produce in compliance with Rule 34.

With respect to the sixteen requests Plaintiffs have refused in full, by **July 10, 2026**, Defendants shall identify proposed narrowing for each such request, and the parties shall confer regarding whether the narrowed requests can be resolved without Court intervention.

The parties are directed to file a joint status letter by **July 17, 2026**, advising the Court of the status of this dispute.  For any issues that remain unresolved, the letter should identify: (i) the request number; (ii) how the request has been narrowed, if at all; and (iii) the specific

objection to the narrowed request.  Insofar as the parties have represented that they seek an extension to the discovery schedule, they are directed to include a proposed extension in the July 17, 2026 letter.  At bottom, the parties are expected to focus their meet-and-confer efforts on the discovery and comply with the discovery obligations set out by the Federal and Local Rules, including Federal Rule 1.

A case management conference in this matter is hereby scheduled for **August 19, 2026, at 3:00p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  The parties shall file an agenda for the conference by **August 12, 2026.**

**SO ORDERED.**

Dated:   July 1, 2026
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge