USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPLETE MEDICAL CARE SERVICES OF NY, PC, et al.,

Plaintiffs,

-against-

TACCI, et al.,

Defendants.

**ORDER**

**1:25-CV-8055 (CM)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 17, 2026, pursuant to the Court's Order at ECF No. 75, the Parties filed a joint status letter updating the Court on the discovery disputes raised during the July 1, 2026 conference. The Parties report that they have made progress toward resolving those disputes, and the Court commends their good-faith efforts.

The Parties also request a one-week extension to submit a further joint status letter identifying the disputes concerning specific document requests, as well as extensions of certain discovery deadlines, including those governing document production, depositions, and expert reports. In light of the parties' efforts, the requests are GRANTED. The parties shall file a joint status letter by **July 24, 2026**, identifying in detail any unresolved disputes concerning specific document requests. The remaining discovery deadlines are extended as follows: document production shall be completed by **October 15, 2026**; Plaintiffs' depositions shall be completed by **December 30, 2026**; all other depositions shall be completed by **January 29, 2027**; fact discovery shall be completed by **February 26, 2027**; and expert reports shall be exchanged by **March 12, 2027**.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge