USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPLETE MEDICAL CARE SERVICES OF NY, PC, et al.,

Plaintiffs,

-against-

TACCI, et al.,

Defendants.

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**1:25-CV-8055 (CM)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On November 13, 2026, Plaintiffs filed a letter in the above-entitled action requesting that the November 18, 2026 Case Management Conference be conducted virtually. The Parties also provided an update as to the progress of the ongoing discovery and requested an extension to the previously set deposition deadline. The Court thanks the parties for the update and grants Plaintiffs request to conduct November 18, 2026 conference virtually. The Case Management Conference in this matter scheduled for **Wednesday, November 18, 2026, at 10:00 a.m.** is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial **(646)-453-4442, conference ID 301 401 967#.**

The Court will address the Parties' request for an adjournment of the deposition deadline at the conference.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge